1  Jason K. Singleton, State Bar #166170
   SINGLETON LAW GROUP
2  611 "L" Street, Suite A
   Eureka, CA 95501
3  (707) 441-1177
    FAX 441-1533
4  lawgroup@sbcglobal.net

5  Attorney for Plaintiff, MARGARET M. LEWIS

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | MARGARET M. LEWIS,            ) Case No. C-05-1466 JSW
                                   )
11 |     Plaintiff,                ) PLAINTIFF'S COUNSEL'S REQUEST FOR
                                   ) APPEARANCE AT CASE MANAGEMENT
12 | v.                            ) CONFERENCE BY TELEPHONE ; ORDER
                                   )
13 | BEN G. CHIN, MUI S. CHIN, et al., )
                                   ) DATE: August 12, 2005
14 |     Defendants.               ) TIME:  1:30 P.M.

15     Plaintiff's Counsel, JASON K. SINGLETON, comes now and respectfully requests
16 permission to appear at the Case Management Conference scheduled for August 12, 2005, at
17 1:30 p.m., in the above captioned matter by telephone.
18     As Plaintiff's Counsel is located some 300 miles from the Court, Plaintiff's Counsel
19 attempts keep costs down by appearing by telephone whenever the Court so allows same and
20 respectfully requests said appearance. Plaintiff's Counsel will be available for the Court to call
21 him at (707) 441-1177 from the time scheduled of 1:30 p.m. until such call takes place.

22                              SINGLETON LAW GROUP

23 Dated:     August 5, 2005     /s/ Jason K. Singleton
24                               Jason K. Singleton, Attorney for Plaintiff,
                                 MARGARET M. LEWIS
25
                                         ORDER
26
27     Plaintiff's Counsel may appear by telephone.
   Dated: August 9, 2005
28                                                    /s/ Jeffrey S. White
                                 JEFFREY S. WHITE, US DISTRICT JUDGE

REQUEST TO APPEAR BY TELEPHONE            1                            C-05-1466 JSW