IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGARET M. LEWIS,

    Plaintiff,

    v.

BEN G. CHIN, et al.

    Defendants.

No. C 05-01466 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINES**

Plaintiff has filed a complaint asserting denial of access under the Americans with Disabilities Act, 42 U.S.C. §§ 12181-89. The Court HEREBY VACATES the case management conference set for August 12, 2005 at 1:30 p.m.

Pursuant to Federal Rule of Civil Procedure 16, the Court HEREBY ORDERS that the following procedures shall apply to this case:

1.     Plaintiff shall, pursuant to Federal Rule of Civil Procedure 4(m), forthwith complete service on all necessary defendants. A plaintiff who is unable to complete service on all necessary defendants 60 days may prior to the expiration of that period, file a Motion for Administrative Relief pursuant to Local Rule 7-11 requesting an extension of the schedule required by this Order.

2.     Initial disclosures required by Federal Rule of Civil Procedure 269a) shall be completed no later than seven days prior to the joint inspection required by ¶ 3 of this Order. If defendant intends to dispute liability based on the construction or alteration history of the subject premised, defendant shall disclose all information in defendant's possession or control regarding the construction or alteration

history of the subject premises. All other discovery and proceedings are STAYED unless this Court orders otherwise.

3. No later than 100 days after the date of this Order, the parties and their counsel, accompanied by their experts if the parties so elect, shall meet in person at the subject premises. They shall jointly inspect the portions of the subject premises which are claimed to violate the Americans With Disability Act.

4. At the joint inspection or within 10 business days thereafter, the parties, and their experts if the parties so elect, shall meet in person and confer regarding settlement of the action. The meet and confer obligation cannot be satisfied by telephone or by exchanging letters. At the conference, the parties shall discuss all claimed premises violations. Plaintiff shall specify all claimed premises violations and the desired remediation. With respect to each claimed violation, defendant shall specify whether defendant is willing to remediate and whether defendant agrees with plaintiff's proposed remediation or has an alternate proposal. If defendant claims any proposed remediation is not readily achievable, defendant shall specify the factual basis for this claim.

5. If the parties reach a tentative agreement on remediation, plaintiff shall forthwith provide defendant with a statement of damages, if any, claimed under California law, and of costs and attorney's fees incurred to date, and made a demand for settlement of the case in its entirety.

6. If within 45 days from the joint site inspection, the parties cannot reach an agreement on remediation, or cannot settle the damages and fees claims, plaintiff shall file a "Notice of Need for Mediation" with this Court. The matter will then be automatically referred to mediation and the ADR Department will schedule a mediation as soon as possible. The mediator shall have the authority to preside over settlement negotiations that address all issues presented by this matter, including requests for injunctive relief and attorney's fees. Should a settlement be reached, the mediator shall ensure that the parties make a written or audio

record of the essential terms of the settlement sufficient to permit any party to move to enforce the settlement should it not be consummated according to its terms.  Should any settlement be conditioned upon future conduct such as remediation, this Court will retain jurisdiction to enforce that component of the settlement.

7. If the case does not resolve at mediation, plaintiff shall within seven calendar days of the mediation, file a Motion for Administrative Relief pursuant to Local Rule 7-11 requesting a case management conference.

8. Any party who wishes to be relieved of any requirement of this Order may file a Motion for Administrative Relief pursuant to Local Rule 7-11.

The Court FURTHER ORDERS Plaintiff to serve this Order on Defendant and all other necessary defendants in this case.

**IT IS SO ORDERED.**

Dated: August 10, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE