Jason K. Singleton, State Bar #166170
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533
lawgroup@sbcglobal.net

Attorney for Plaintiff, MARGARET M. LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET M. LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>BEN G. CHIN, MUI S. CHIN, dba CHIN'S CAFÉ & MOTEL, NATHAN HUANG, XIN LIU HUANG, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. C-05-1466 JSW<br><br>STIPULATION AND ORDER RE DEADLINES |

    Comes now Plaintiff Margaret Lewis, by and through her attorney Jason K. Singleton, and Defendants Ben G. Chin, Mui S. Chin, Nathan Huang, Xin Liu Huang, by and through their attorney J. Stephanie Krmpotic and hereby stipulate as follows:

    1.    The parties have met and informally reviewed the subject premises and have put together a proposed plan for remediation.

    2.    The parties are still working out the details of the remediation plan and would like to avoid the cost of the formal site inspections and therefore request that the time within which the formal inspections are to occur as set forth in the Court's Order be extended by 40 days.

    THEREFORE, it is stipulated if the parties are unable to agree on a remediation plan that the parties shall meet in person accompanied by their experts at the subject premises no later than December 28, 2005, to jointly inspect said premises.  All other terms and conditions

1  of the Court's Order dated August 10, 2005, shall remain in full force and effect.

**SINGLETON LAW GROUP**

Dated: October 16, 2005

_____
Jason K. Singleton, Attorney for Plaintiff,
**MARGARET M. LEWIS**

**LOW, BALL & LYNCH**

Dated: October 20, 2005        /s/ J. Stephanie Krmpotic
_____
J. Stephanie Krmpotic, Attorney for Defendants
**BEN G. CHIN, MUI S. CHIN, dba CHIN'S CAFÉ & MOTEL, NATHAN HUANG, XIN LIU HUANG**

**ORDER**

**It is so ordered.**

Dated: November 3, 2005

_____
**JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**