IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGARET M. LEWIS,

    Plaintiff,

v.

BEN G. CHIN, et al.

    Defendants.

No. C 05-01466 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on February 24, 2006 on Plaintiff's motion for leave to file a first amended complaint. The Court HEREBY ORDERS that Defendants' oppositions to the motion shall be due on Monday, January 23, 2006 and Plaintiff's reply brief shall be due on Monday, January 30, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 6, 2006

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE