IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGARET M. LEWIS, et al.

       Plaintiff,                                       No. C 05-1466 JSW

  v.                                             **ORDER REQUIRING JOINT STATUS REPORT**

BEN G. CHIN, et al.,

       Defendants.
_____/

On June 19, 2006, this Court received notice that this matter had settled in its entirety. There have been no further filings in this matter, and it has not been dismissed. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court by August 11, 2006, reporting on the status of settlement and when they expect a dismissal to be filed.

**IT IS SO ORDERED.**

Dated: July 27, 2006

                                                              JEFFREY S. WHITE
                                                              UNITED STATES DISTRICT JUDGE