1  Jason K. Singleton, State Bar #166170
   SINGLETON LAW GROUP
2  611 "L" Street, Suite A
   Eureka, CA 95501
3  (707) 441-1177
    FAX 441-1533
4   lawgroup@sbcglobal.net

5  Attorney for Plaintiff, MARGARET M. LEWIS

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | MARGARET M. LEWIS,            ) Case No. C-05-1466 JSW
   |                               )
11 |      Plaintiff,               )
   |                               ) STIPULATION FOR DISMISSAL WITH
12 | v.                            ) PREJUDICE AND ORDER
   |                               )
13 | BEN G. CHIN, MUI S. CHIN, dba CHIN'S )
   | CAFÉ & MOTEL, NATHAN HUANG, XIN )
14 | LIU HUANG, and DOES ONE through )
   | FIFTY, inclusive,             )
15 |                               )
   |                               )
16 |      Defendants.              )

18     Plaintiff, MARGARET LEWIS, and Defendants BEN G. CHIN, MUI S. CHIN, dba
19 CHIN'S CAFÉ & MOTEL, NATHAN HUANG, HIX LIU HUANG (collectively "the Parties"), by
20 and through their respective attorneys of record, hereby stipulate as follows:
21     1.     The Parties have entered into a Confidential Settlement Agreement and General
22 Release in this matter whereby they have resolved all claims and agreed to the dismissal of
23 the above-captioned action with prejudice, each party to bear his or her own attorneys fees
24 and costs.
25 ///
26 ///
27 ///
28 ///

Stipulation and Order of Dismissal                1                           C-05-1466 JSW

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: July 25, 2006                           /s/Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARGARET M. LEWIS**

**LOW, BALL & LYNCH**

Dated: July __, 2006                           /s/ J. Stephanie Krmpotic
J. Stephanie Krmpotic, Attorney for Defendants
**BEN G. CHIN, MUI S. CHIN, dba CHIN'S CAFÉ & MOTEL, NATHAN HUANG, XIN LIU HUANG**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LEWIS v CHIN, et al.</u>, Case Number C-05-1466 JSW, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: February 7, 2007
                           /s/ Jeffrey S. White
JEFFREY S. WHITE, JUDGE
UNITED STATES DISTRICT COURT